IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-51-BO

LATHAN A. JONES, )
      Plaintiff, )
)
v. ) O R D E R
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
      Defendant. )

For good cause having been shown upon the Motion by Defendant, it is hereby

ORDERED that the Defendant be allowed up to and including July 20, 2015, to respond to Plaintiff's Complaint.

This __2__ day of ~~May,~~ June 2015.

_Terrence Boyle_
~~JULIE RICHARDS JOHNSTON, Clerk~~
United States District Court